**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**          :
                                                           :
    **v.**                                            :     **Criminal No. 05-179)**
                                                           :
**SANDRA SANTIAGO,**                      :
                                                           :
    **Defendant**                             :
_____     :

### NOTICE OF ELECTRONIC ADDRESS

TO:    Court Personnel

    **PLEASE TAKE NOTE** that I have been registered to file pleadings (and receive

documents) electronically since March 10, 2003.  However, I received notification regarding a

June 2, 2005 hearing in this case by regular mail on May 31, 2005, one full week after the notice

was filed electronically and a mere two days before the hearing.  Please adjust your records to

reflect this information and transmit all future documents associated with this case to me

electronically.  My e-mail address, which is on file, is joanne_vasco@hotmail.com.


                        Submitted by
                        JOANNE VASCO, ESQUIRE
                        4102 Madison Street
                        Hyattsville, MD 20781
                        301.864.6424
                        Attorney for Sandra Santiago