UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 05-179) |
| : | |
| SANDRA SANTIAGO,   : | |
| : | |
| **Defendant**   : | |
| : | |

### REQUEST FOR ELECTRONIC DOCUMENTS 1 THROUGH 9

TO:    Court Personnel

　　Please send me document numbers 1 through 9 which have been filed electronically in this case via my registered e-mail address: joanne_vasco@hotmail.com.

　　　　　　　　　　　　　　　　Submitted by
　　　　　　　　　　　　　　　　JOANNE VASCO, ESQUIRE
　　　　　　　　　　　　　　　　4102 Madison Street
　　　　　　　　　　　　　　　　Hyattsville, MD 20781
　　　　　　　　　　　　　　　　301.864.6424
　　　　　　　　　　　　　　　　Attorney for Sandra Santiago