UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 05-179-02 (HHK) |
| : | |
| SANDRA SANTIAGO, : | |
| : | |
| Defendant : | |
| : | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Sandra Santiago, *nunc pro tunc* as of April 28, 2005.

                                      Submitted by
                                      JOANNE VASCO, ESQUIRE
                                      4102 Madison Street
                                      Hyattsville, MD 20781
                                      301.864.6424
                                      Attorney for Sandra Santiago