**Diane Downing Glover**
**Metropolitan Police Department**
**Fingerprint Specialist**
**Fingerprint Examination Section**

| | |
|---|---|
| **CAREER HISTORY:** | Thorough Knowledge of the Sir Edward Richard Henry Fingerprint Classification System, Combining twenty-one years of extensive fingerprint experience at the Federal Bureau of Investigation and nine years of specialized latent fingerprint experience at the Metropolitan Police Department, Washington, D.C. |
| **EXPERIENCE:** | |
| 1994 - Present | **Metropolitan Police Department Washington, D.C.** One year of specialized training in the procedure of Latent Fingerprints, which include the history of fingerprints, the techniques used lifting latent impressions, processing porous and non-porous articles with the use of various fingerprint powders and chemicals. This process was utilized to bring out the impressions preserving them by photographing with various types of cameras. Examine, treat and develop prints from decomposed, charred desiccate, water-soaked hands and fingers of unknown deceased persons. Writing reports of my findings; moot-court session in order to familiarize myself with court room procedures. The process of latent cases; providing expert testimony in numerous court cases to the identifications based on fragmentary or imperfect impressions. Entering latent fingerprint images into the Printrak 2000 In-put Workstation, that are of high degree of value to |

DEC-20-2004 17:46 FROM:LATENTFINGER 2027245491           TO:92023539414           P:3/3
Case 1:05-cr-00179-HHK   Document 26-2   Filed 10/31/2005   Page 2 of 2

attempt to make an identification against known suspects. Received ongoing training by various local and federal law enforcement agencies (MPD, FBI and DOJ) in all areas of fingerprint development techniques used by the FBI and Metropolitan Police Departments' Crime Scene Examination Section.

9-10-73 - 12-23-94   Federal Bureau of Investigation, Washington, D.C.
Six months of intense classroom training using the Sir Edward Richard Henry Fingerprint Classification System learning the different fingerprint pattern types and definitions of each pattern type for identification purposes, followed by six months of On-the-Job-Training in classifying, searching, sequencing and filing fingerprint under direct supervision.

Two years of general fingerprint duties which consist of classifying, searching, sequencing and filing fingerprints. Sixteen years and six months of special fingerprint duties. Three years in the Special Processing Unit which included searching amnesia victims; unknown deceased and fingerprints of victims of major disasters, located and identified extremely difficult fingerprints, using acquired expertise in handling fingerprints deficient in critical parts, distorted, mutilated and partially printed. Instructed newly assigned Fingerprint Examiners in Fingerprint Procedures.

I'm an active member of the Chesapeake Bay Division of the International Association of Identification. I continue my training in the Science of Fingerprints by attending the spring, fall and annual Educational Conferences and Workshops.