# EXHIBIT A



**U. S. Department of Justice**
Drug Enforcement Administration
Mid-Atlantic Laboratory
1440 McCormick Drive
Largo, MD 20774-5313

April 2005


**Name:** Christopher H. Chang

**Occupation:** Forensic Chemist

**Employer:** Drug Enforcement Administration
Mid-Atlantic Laboratory

**Nature of work:** Analyze samples for the presence of controlled substances. Responsible for Maintaining Analytical Instruments at the Mid-Atlantic Laboratory.

**Approximate Length of time Performing Drug Analyses:** 6 years

**Academic Background:** Bachelor of Science - Chemistry/Biology   1994
Virginia Commonwealth University
Richmond, VA

**Prior Professional Experience:** National Health Laboratory, Herndon, VA   1 year

**Approximate number of analyses performed on suspected drugs:** over 4000

**Number of times qualified as an expert witness:** over 20 times

**Qualified as an expert in the following courts of law:**

US District Courts: Maryland, Virginia, West Virginia, and District of Columbia

State Courts: Maryland

District of Columbia Superior Courts

**Michelle L. Garraty**
*Forensic Chemist*

**United States Department of Justice**
Drug Enforcement Administration
Mid-Atlantic Laboratory
1440 McCormick Drive
Largo, Maryland 20774-5313



| | |
|---|---|
| *Employment:* | Forensic Chemist, Drug Enforcement Administration, Mid-Atlantic Laboratory, Washington, DC. Duties include analyzing samples for the presence of controlled substances. January 2001 – present |
| *Training:* | In-house training—DEA Mid-Atlantic Laboratory. January 2001 – August 2001 |
| *Education:* | Bachelor of Science in Chemistry<br>Richard Stockton College of New Jersey<br>January 1997- May 2000<br><br>Associates Degree in Science<br>Atlantic-Cape Community College<br>September 1990- May 1993 |
| *Related Experience:* | Internship, New Jersey State Police Crime Laboratory, Drug Analysis Division, Hammonton, NJ<br>June 1999- August 1999 |
| *Additional Training:* | Infrared Spectroscopy Interpretation I – July 2001<br>GC/MS Chemstation and Operation – August 2001<br>Clandestine Laboratory Training – March 2002<br>Omnic Software Training – May 2003 |

<u>Qualified as an expert witness at United States District Court</u>: District of Columbia (3), Maryland (4) and Virginia (1)

Qualified as an expert witness at District of Columbia Superior Court (1)

# Curriculum Vitae

Connie Klinkam
Forensic Chemist
United States Department of Justice
Drug Enforcement Administration
Mid-Atlantic Laboratory
1440 McCormick Dr.
Largo, MD 20721

**EDUCATION:** University of Idaho, Moscow Idaho
B.S. Microbiology
B.S. Molecular Biology and Biochemistry
Chemistry academic minor

**TRAINING:** Capillary GC Method Development, Agilent
June 2004
Basic Principles and Applications of Nuclear Magnetic Resonance (NMR) Spectroscopy, DEA
April 2004
OMNIC® FT-IR Software Operations, Thermo Nicolet
May 2003
Introduction to HPLC, Agilent
June 2002
Interpretation of Mass Spectrometry, Agilent
August 2001
Interpretation of IR Spectra, ACS Short Course
April 2001
DEA Forensic Chemist Training (in house)
March – November 2000
Basic Forensic Chemist School (Training facility, Quantico, VA) July-August 2000

**EXPERIENCE:** DEA Forensic Chemist, December 2002 – present
Mid-Atlantic Laboratory

DEA Forensic Chemist, March 2000 – December 2002
Southwest Laboratory

IDEC Pharmaceuticals, Quality Control Assistant
February 1997 – February 2000

## COURTROOM EXPERIENCE:
Federal Court : CA, DC

**Elizabeth R. Pascual**
*Senior Forensic Chemist*

**United States Department of Justice**
Drug Enforcement Administration
Mid-Atlantic Laboratory
Largo, MD



|  |  |
|---|---|
| Employment: | Forensic Chemist, Drug Enforcement Administration, Mid-Atlantic Laboratory, Largo, MD. Duties include analyzing samples for the presence of controlled substances. April 2000 – present |
| Training: | Nine month in-house training—DEA Mid-Atlantic Laboratory. |
|  | Basic Forensic Chemist School, Justice Training Center Quantico, VA. July-August 2000 |
|  | Clandestine Laboratory Investigation and Safety, Justice Training Center, Quantico, VA. July 2000 |
|  | Interpretation of Mass Spectra, Short Course, University of Phoenix Annex, Rockville, MD. April 2001 |
| Education: | M.S. Forensic Science
The George Washington University, Washington, DC
1998-1999. |
|  | B.S. Chemistry
Mount Holyoke College, South Hadley, MA
1994-1998. |
| Related Experience: | Physical Sciences Trainee, National Institute of Standards and Technology, Gaithersburg, MD 5/99-9/99 |
|  | Internship, Massachusetts State Police Crime Laboratory, Drug Division, Sudbury, MA 1/97-2/97 |

Approximate number of analyses performed: 2500

Qualified as an expert witness in District Court: Northern West Virginia, Eastern District of Virginia, the District of Columbia, Maryland and Superior Court, District of Columbia.