UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: HHK 05-0179 |
| SANDRA SANTIAGO, | : | |
| Defendant. | : | |

### DEFENDANT'S PROPOSED QUESTIONS TO PROSPECTIVE JURORS ON VOIR DIRE

SANDRA SANTIAGO, Defendant, pursuant 18 USC 243; 28 USC 1861; 28 USC 1862 requests that, before the posing of *voir dire* questions to the jury panel, the Court poll the panel requesting each member to stand and state his or her name.

SANDRA SANTIAGO, also requests that the attached *voir dire* questions be posed to each panel member, and that any panel member giving an affirmative response to any question be asked to approach the Bench for follow-up questioning by counsel.

Respectfully submitted,

By: _____
ANTHONY D. MARTIN, 362-537
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, Maryland  20770
(301) 220-3700; (301) 220-0791(fax)

*Trial Defense Counsel*
*for SANDRA SANTIAGO*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that copy of the foregoing Defendant's Proposed Questions to Prospective Jurors on *Voir Dire* was sent by facsimile or e-mail on Friday, November 11, 2005, to CATHERINE K. CONNELLY, United States Attorney's Office, 555 4th Street, Washington, DC .

 

                                        _____
                                        ANTHONY D. MARTIN, 362-537

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: HHK 05-0179 |
| SANDRA SANTIAGO, | : | |
| Defendant. | : | |

## VOIR DIRE

This case involves four counts of distribution and possession of a controlled substance. Specifically the indictment charges that from about February 2005 through April 27th, 2005, VICTOR QUINONEZ and SANDRA SANTIAGO distributed a specific quantity of cocaine to an unidentified informant of the government. These distributions are alleged to have occurred in the 1200 block of Mt Olivet Road in North East, Washington DC, 3rd and Florida Avenue, NE and 9th and T Street, NE amongst other places.

1. Do any of you have any information concerning this alleged crime, other than what you have been advised by the court during these proceedings today?

2. It is estimated that the trial of this case will take as many as two (2) weeks. In light of this, do you have any substantial reason why you could not serve as a member of the jury in this case?

3. Do you, or any relative or close friend, have a personal acquaintance or association with any of the lawyers representing the parties in this case? The lawyers are: ANTHONY D. MARTIN, of Greenbelt, Maryland, on behalf of the Defendant and

CATHERINE K. CONNELLY representing the Government.

4.   Do you or any relative or close friend, have a personal acquaintance with or know of any of the following persons who might be called to testify as witnesses?  They are:

[Please read the Government's and the Defendant's Witness List]

5.   The Court will instruct you that in arriving at a verdict you must not be motivated by sympathy for or prejudice against any party, but that you must base your verdict solely on the evidence that will be produced in this courtroom in light of the Court's legal instructions.  Are any of you unwilling or unable to follow such a rule?

6.   Do any of you have any reason whatsoever why you would prefer not to serve as a juror in this case?  What is that reason?

7.   Do any of you have any reason why you would prefer to serve as a juror in this case?  What is that reason?

8.   Do any of you have any reason whatsoever why you could not render a fair and impartial verdict?

9.   If you were selected as a juror in this case, do you know of any reason why you could not sit as an impartial juror?

10.  Is any prospective juror related to, or personally acquainted with the Defendant, SANDRA SANTIAGO.

11.  ANTHONY D. MARTIN represents SANDRA SANTIAGO.  Are you or any members of your family or close friends related to or acquainted with, or have ever been represented or opposed by, this attorney?

12.  This case is being prosecuted by CATHERINE K. CONNELLY.  Are you

or any members of your family or close friends related to or acquainted with, or have ever been represented or opposed by this attorney?

     13.    The following people may be mentioned or appear as witnesses in this case: KEVIN COPLELAND (MPD); HANSOHN; RANDY PARKER (MPD); DALE SUTHERLAND (MPD); SCOTT BROWN (MPD); DAVID DESSIN (MPD), KING WATTS (MPD), HARRY ALLEN (MPD); A. FEGGANS VICTOR QUINONEZ, SANDRA SANTIAGO, MARTA S. GOLDSTEIN AND THE UNIDENTIFIED INFORMANT FOR THE GOVERNMENT (and witnesses on *ex parte* motion for subpoenas). Have you or any members of your family or close friends had any contacts--business, social or otherwise--with any of the people whose names have just been read?

\*\*\*    14.    Listen to the following questions. If anyone has an affirmative answer to one or more of these questions, then stand and come to the bench. Please do not stand until all questions are asked:

    **a.**  Are any of you familiar with any of the following addresses:

- **1216 Mt Olivet Road, NE, Washington DC**
- **The Burger King on 3rd and Florida Avenue, NE    Washington DC**
- **The corner of 9th and T Street, Washington, DC**
- 

    15.    Is any prospective juror related to or acquainted with the United States Attorney, or any of the Assistant United States Attorneys, or any employees of that office?

    16.    Would any prospective juror give more weight to the testimony of a police

officer or law enforcement agent thaN another witness, merely because he is a police officer of law enforcement agent?

17. Would any prospective juror be more likely to believe a witness for the prosecution merely because he or she is a prosecution witness?

18. Have any of you ever served as a Grand Juror, or as a juror in a criminal trial? (Have jurors approach bench to answer.)

19. Have you ever served on a jury when the case was being prosecuted by the prosecutor in this case?

20. Have you or any members of your immediate family ever attended or graduated from a law school?

21. Under the law, a defendant in a criminal case is presumed innocent until proven guilty beyond a reasonable doubt. Does any member of the jury panel have any difficulty accepting this principle, or would any of you have any difficulty in applying it if you were chosen as a juror in this case?

*** 22. Does any prospective juror believe that the defendant has a duty or responsibility to prove her innocence?

23. Does any prospective juror believe that the defendant is, or probably is, guilty of the charges because the charges have been filed?

*** 24. Under the law, the prosecution must prove each element of the offense(s) beyond a reasonable doubt. If the jury has a reasonable doubt concerning the defendant's guilt, then it is the duty of the jury to acquit the defendant. Does any member of the jury panel have any difficulty accepting this principle, or would any of have any difficulty applying it if you were chosen as a juror in this case?

\*\*\*   25.   If you came to the conclusion that there was a reasonable doubt as to the defendant's guilt, and a majority of the jurors disagreed with you, would any of you change your vote merely because you would be in the minority?

\*\*\*   26.   If the case took more than two (2) weeks to conclude and you had been deliberating for several days, would you change from a minority position simply because you wanted the deliberations to come to an end in time for the holidays?

\*\*\*   27.   **Listen to the following questions. If anyone has an affirmative answer to one or more of these questions, then stand and come to the bench. Please do not stand until all questions are asked:**

    a. Do any of you have home or family obligations that require you to be home at a certain time each day? (car pool, baby sitter, etc.)

    b. Are any of you suffering from a sight problem uncorrected by glasses? Hearing problem? Any other health problem?

    c. Are any of you taking medication which you must receive at particular times of the day?

    d.   Do any of you have a standing appointment with a physician to receive medication?

    e. Have any of you previously served on juries in criminal cases, either during this month or on previous occasions?

    f. Do any of you know anything about the facts of this case other than what you have heard in court today?

    g. Have you heard anybody discussing the case?

    h. Have you discussed the case with someone who claimed to know something

about the facts of the case?

      i. Does any juror have travel plans for the holidays?

**If yes:**

    a. Have you formed some opinion as to the guilt or innocence of MS SANDRA SANTIAGO from what you [heard or discussed].?

(If **no:**)

    b. Knowing what you know about this case from the newspapers and television, would you be satisfied to be tried by a jury having your frame of mind?

    c. In spite of what you may have heard, do you think that you could judge this case only on the facts that emerge in testimony and evidence heard in the courtroom, and not be influenced by anything that you read or heard elsewhere?

If **yes:**

   a. When is the first time that you formed an opinion about the defendant's guilt?

   b. And you carried that opinion from then until now?

   c. So I suppose it would require evidence to remove or change your opinion?

    28. If any of you have a yes answer to any or all of the questions, please stand and form a line where the clerk is standing, and you will be permitted to answer at the bench.

    29. MS SANDRA SANTIAGO is charged with Distribution of Controlled Substances and Possession of the Same. These crimes have specific legal definitions about which the Judge will instruct you. Sometimes legal definitions are different from common lay understandings of the word. Would any of you have difficulty following the judge's instructions where they differ from your own personal definition?

    30. Is there any prospective juror who would be unable to render a fair and impartial

8

verdict in this case for any reason at all, or who prefers not to sit on a jury in a case of this nature?

31. There has been an indictment in this case. That is just a formal way of presenting the charges. Does the fact that there is an indictment affect your ability to presume SANDRA SANTIAGO innocent?

32. The government has the burden of proving MS SANDRA SANTIAGO is guilty because he is presumed innocent, he remains innocent unless the government is able to prove guilt beyond a reasonable doubt. This burden of proof never shifts to MS COLLIS. Is there anyone who is uncomfortable with this rule?

33. Is there anyone who thinks the defendant should be required to prove his/her innocence?

34. Do any of you disagree with the proposition of law that the burden of proving the defendant guilty beyond a reasonable doubt rests with the prosecution and that the accused need not introduce any evidence whatsoever.

\*\*\*   35. If the defense does not present any witnesses of its own, but relies solely on the cross-examination of government witnesses, would that cause you to conclude that the defendant is guilty?

36. We expect this trial to last no more than two (2) weeks. You, of course, will not be sequestered. But are there any among you with responsibilities at home or elsewhere who could not sit until 5 o'clock, if necessary?

\*\*\*\*   37. Now, if you came to the conclusion that the prosecution had not proven the guilt of my client beyond a reasonable doubt, and you found that a majority of the jurors believed the defendant was guilty, would you change your verdict only because you were in the minority?

**Previous Jury Service:**

38. Have any of you heard or seen anything in previous duty service that would make it difficult for you to sit in this case?

39. Have any of you formed special opinions concerning defense attorneys, prosecutors or accused persons that would affect you in deciding this

Final questions:

40. Finally, ladies and gentlemen, is there anything you have heard so far, or is there any other reason at all, why you would feel uncomfortable sitting on this case or why you would prefer to be excused?

41. Does anyone have any questions?