# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## RELEASE ORDER
(Work Release or Electronic Monitoring Program)

UNITED STATES OF AMERICA

vs.   Case No. **05-179-02**

**SANDRA SANTIAGO**
Defendant's Name _____ Defendant's Address _____ Phone No.

YOU ARE HEREBY RELEASED TO THE THIRD PARTY CUSTODY OF THE DEPARTMENT OF CORRECTIONS FOR PLACEMENT IN THE FOLLOWING PROGRAM:

☐ WORK RELEASE/D.C. JAIL    ☒ WORK RELEASE/HALFWAY HOUSE    ☐ OPERATION PROGRESS (Electronic Monitoring)

**Washington Halfway Home for Women-Fairview**

YOUR RELEASE IS CONDITIONED UPON COMPLYING WITH ALL REGULATIONS AND PROGRAM REQUIREMENTS OF THE WORK RELEASE/ELECTRONIC MONITORING PROGRAM, IN ADDITION TO THE GENERAL TERMS & CONDITIONS LISTED ON THE REVERSE SIDE, AND ANY OF THE FOLLOWING CONDITIONS IMPOSED BY THE COURT:

☐ NO SOCIAL PASSES        ☐ STAY AWAY ORDER: _____

☐ CURFEW IMPOSED: **None**

☐ OTHER CONDITIONS: **None**

### YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

THE D.C. DEPARTMENT OF CORRECTIONS IS DIRECTED TO NOTIFY THE COURT IMMEDIATELY BY FAX OF DEFENDANT'S ESCAPE OR REMAND TO THE D.C. JAIL. THIS NOTIFICATION SHOULD BE FAXED TO THE ATTENTION OF THE <u>CRIMINAL CLERK'S OFFICE</u> (FAX # 535-0320) & WILL BE FORWARDED TO THE APPROPRIATE JUDICIAL OFFICER.

**NEXT DUE BACK** on **2/21/06** in Courtroom **27A** at **10:00** (a.m./p.m.) in the U.S. District Courthouse, 3rd & Constitution Ave., N.W., Washington, D.C., or when notified; and you must appear at all subsequent dates.

YOUR ATTORNEY **Anthony Martin**
address: **7841 Belle Point Dr. Greenbelt MD**
phone no: **20770**

(side notation: *Deft shown in courtroom 11-17-05*)

DEFENDANT'S SIGNATURE **Sandra Santiago**

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

WITNESSED BY **Robert E West** (title or agency) **Deputy Clerk**

WHITE     - TO COURT PAPERS
BLUE      - TO D.C. DEPT./CORRECTIONS
GREEN     - TO D.C. PRETRIAL SERVICES
CANARY    - TO DEFENSE ATTORNEY
PINK      - TO U.S. ATTORNEY
GOLDENROD - TO DEFENDANT

SO ORDERED: **Henry Kennedy**
DATE: **11/17/05**
(Signature of Judge)

## ADVISE OF PENALTIES AND SANCTIONS

1. It is a criminal offense under 18 USC §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for-

    (1) an offense punishable by death, life imprisonment, for a term of fifteen years or more, the defendant shall be fined not more than $25,000 or imprisoned for not more than ten years, or both;

    (2) an offense punishable by imprisonment for a term of five years, the defendant shall be fined not more than $10,000 or imprisoned for not more than five years, or both;

    (3) any other felony, the defendant shall be fined not more than $5,000 or imprisoned not more than two years, or both; or

    (4) a misdemeanor, the defendant shall be fined not more than $2,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense.

2. 18 USC §1503 makes it a criminal offense punishable by up to five years in jail and a $5,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 USC §1510 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 USC §1513 makes it a criminal offense punishable by up to ten years in jail and a $25,000 fine to retaliate against a witness, victim or informant.

3. The commission of any offense on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, of the offense is a felony; or a term of imprisonment not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

    A violation of any of the foregoing conditions may result in a forfeiture of any bail posted, the revocation of this release order, and the immediate issuance of a warrant for the arrest of the defendant.

## GENERAL TERMS AND CONDITIONS OF RELEASE

1. While in the program, you must refrain from illegal drug usage and will be subject to periodic urinalysis.

2. Your release to this third party custody is conditioned upon your agreement that in the event of violation of any condition of your release, you are subject to immediate remand to the D.C. Jail, pending judicial review of your release status.

3. If your work release was ordered through the halfway house or you were placed in Operation Progress (Electronic Monitoring Program), you will be transferred there from the D.C. Jail when space becomes available; and will be assigned to a counselor who will work with you upon your arrival and throughout the release period.