UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case Number: 05-0179-02 HHK |
| : | |
| : | |
| SANDRA SANTIAGO, : | |
| : | |
| Defendant. : | |
| : | |

**MOTION FOR REVIEW
OF PRE-TRIAL RELEASE STATUS**

Comes now the Defendant SANDRA SANTIAGO through counsel and moves pursuant to 18 USC §§3142(f) and 3145(a)-(b) for review of her pre-trial detention for reasons more fully set forth below.

*Procedural Posture*

Ms. Santiago was indicted on May 17th, 2005. The case is currently scheduled for a status hearing on July 28th, 2006. No trial date has been set

*Background*

Ms. Santiago is a resident of the State of New Jersey and a citizen of the United States of America. Although born in Patterson, New Jersey, she was raised in the United States Territory of Puerto Rico. She is without a record of prior arrests or convictions. She was arrested on April 27th, 2005 and remained in custody until November 17th, 2005 when released to a half-way house. While confined to the half-way house, she has been working at a local CVS in Washington, DC. Ms. Santiago has complied with all the conditions imposed by the court as well as the directives of the pre-trial services officer. Ms. Santiago has had her liberty curtailed for more than a year now. She sought a speedy trial and gave up that right when she was

afforded an opportunity to go to a half-way house.

*Argument*

A. Ms. Santiago Poses Neither a Flight Risk or Danger to the Community or Any Person in Particular.

The indictment does not allege the use of weapons, coercion or intimidation of witnesses. In addition, there is nothing in Ms. Santiago's background to suggest that she has ever been involved or even accused of being involved with the distribution or use of controlled substances. Moreover, there is not a single piece of evidence that the government can point to other than the words of its informant that Ms. Santiago was involved in the crimes outlined in the indictment. Hence, it does not appear that the evidence against her is strong or that she is a danger to the community.

Although she is a native Spanish speaker, she was born and raised in the United States or its Territories. She does not have family in any other country. Her immediate family is located in Patterson, New Jersey, where she currently resides. She does not have a record of failing to appear for scheduled court proceedings. In fact, she has never had to appear for court proceedings before being charged in this case. She goes to and from work everyday as scheduled without ever being reported late. As a result, it does not appear that she poses a risk of flight.

*Prayer*

WHEREFORE, she respectfully requests that the court place her on personal recognizance until this matter is tried or dismissed with prejudice.

Respectfully submitted,
ANTHONY D. MARTIN

By: _____
    Anthony D. Martin, Esquire
    BELLE POINT OFFICE PARK
    7841 Belle Point Drive
    Greenbelt, MD 20770
    (301) 220-3700; (301) 220-0791

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **Case Number: 05-0179-02 HHK** |
| : | |
| : | |
| SANDRA SANTIAGO, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

This matter is before the court on a Motion to Review the Pre-Trial Status of SANDRA SANTIAGO.

After having reviewed the motion and (opposition if any) the court has decided to grant the motion.

WHEREFORE, IT IS ORDERED this ___ day of _____, 2006. That Ms Santiago will be placed on personal recognizance, until the case is tried or until such time as the case is dismissed with prejudice.

IT IS FURTHER ORDERED that _____

_____

_____

_____

                                                    _____
                                                    J U D G E