**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | **Case No: 05-CR-0179-02 HHK** |
| SANDRA SANTIAGO, | : | |
| Defendant. | : | |

**ORDER**

This matter is before the court on a Motion to Review the Pre-Trial Status of SANDRA SANTIAGO.

After having reviewed the motion and (opposition if any) the court has decided to grant the motion.

**WHEREFORE, IT IS ORDERED** this ___ day of _____, 2006. That Ms Santiago will be placed on personal recognizance, until the case is tried or until such time as the case is dismissed with prejudice.

**IT IS FURTHER ORDERED** that _____

_____

_____

_____

_____

_____
**J U D G E**